**EXHIBIT 2**

**EXHIBIT 2 (Voyager)**

| Date | Amount Received by Debtor | Amount Paid by Debtor | Payment Details |
|---|---|---|---|
| 12/12/2022 | $750,000.00 | | |
| 12/23/2022 | | $779,917.81 | Wire transfer from BW Industries, Inc. Central Valley Community Bank Account No. XXXXX738 |
| **Total** | **$750,000.00** | **$779,917.81** | |
| **Net Return** | | **$29,917.81** | |